■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JOHNSON, Appellant. [668 NYS2d 893] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered May 17, 1995, convicting him of robbery in the first degree (two counts), grand larceny in the fourth degree, criminal possession of a weapon in the second degree, and criminal possession of stolen property in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606).

The defendant has raised no nonfrivolous issues in his supplemental pro se brief. Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.